# First District Court of Appeal
## State of Florida

_____

No. 1D18-0130
_____

Antwione Hicks,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

October 16, 2018

Per Curiam.

Affirmed.

Rowe, Osterhaus, and Kelsey, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Antwione Hicks, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.